**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                              Case No. 8:26-cr-41-TPB-CPT

JEREMY RYAN

**CLERK'S MINUTES**
Proceeding: Status Conference
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge        Date: March 19, 2026
Deputy Clerk: Ashley Sanders                              Time: 10:09 a.m.
USPO: Vanessa Mendez                                     Recess: 2:05 p.m.
Court Reporter: Digital                                  Total Time: 2 hours 20 min
Interpreter: none

---

Counsel for USA: Abigail King, AUSA
Counsel for Defendant: Stephen Consuegra, AFPD

---

Court calls case and counsel enters appearances.

Counsel has received a copy of the memo from pretrial. Court takes a brief recess to allow defense counsel to review memo with defendant.

Government requests additional conditions be added to add GPS monitoring and restrict his use of internet access.

Court hears argument from counsel.

11:33 – 1:09 – Recess.

Court hears oral argument as to the proposed conditions.

Court amended defendants release conditions to add the following conditions: Defendant is prohibited in any searches or postings related to the victim or witness, and victim/witness family members, law enforcement officials, including the prosecutors and their families, judicial officers in this case or their families, and victim/witness companies and agencies with which those companies contract. Defendant shall be placed on home incarceration and may attend medical appointments or court ordered obligations with prior approval from pretrial services.

Defendant to file a motion to address issues about making searches related to defendant's ability to defend his civil action filed in Delaware.

Defendant to brief the issue related to postings made as protected by defendant's 1st amendment within 10 days. Government to respond within 10 days.

Recess.